

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**Lloyd Ambinder, Esq.**
Lambinder@vandallp.com

September 20, 2017

**VIA ECF**
Honorable Coleen McMahon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *Foxe v. Anthony G. Ferry, Inc.*
               *Docket No. 17-cv-0155 (CM)*

Dear Judge McMahon:

      This firm is counsel to Plaintiff Albert Dennis ("Plaintiff") in the above-referenced wage and hour action. As a supplement to the Plaintiffs' September 8, 2017 correspondence and in furtherance of the Court's direction, enclosed please find an executed Stipulation of Dismissal for Plaintiff Foxe as well as a revised *Cheeks* letter containing certain corrections to my September 8th letter.

      Thank you for your time and consideration.

                                           Respectfully submitted,

                                           /s/Lloyd Ambinder

cc: J. Kozak, Esq. (ECF)